IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David Niehaus, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv469 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| City of Cincinnati, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 14, 2012 a Report and Recommendations (Doc. 20).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 23).  Defendant Ohio Department of Transportation filed objections to the Report and Recommendation (Doc. 24), Defendant City of Cincinnati filed objections to the Report and Recommendation (Doc. 25), and Hamilton County defendants' filed their objections (Doc . 26).

On January 28, 2013, plaintiff filed a letter to the Court requesting a ruling on the case (Doc. 27).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court **GRANTS** defendants' motions to dismiss (Docs. 8, 9, and 16).

The Court **DENIES** plaintiff's motion for a ruling on the case as **MOOT.** This case is hereby **TERMINATED** on the docket of this Court.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court